Date:1/29/15

LEON HARRISON #815719

POLUNSKY UNIT
3872 FM 350 So.
LIVINGSTON, TX 77351

Mr.ABEL ACOSTA, CLERK
COURT OF CRIM.APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN. TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

RE: CASE No.PD-0392-14; COA:#14-13-00239-CR; TC:#635921;
    STATUS OF MOTION........

Dear Mr.Acosta:

   I would like the status of my motion Leave of Court to File Under
Rule 60(b)(5). Please let me know have the Court En Banc on this action.


   Thank you very much..


Sincerely,

_Leon Harrison_____


CC: FILE


i.